UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JASON HUGHES, Individually and on Behalf of All Others Similarly Situated,<br>        Plaintiff,<br><br>        v.<br><br>HURON CONSULTING GROUP INC., GARY E. HOLDREN, and GARY L. BURGE,<br>                Defendants. | No. 09-4734<br>Honorable Elaine E. Bucklo |

(caption continued on following pages)

**MOTION OF THE PUBLIC SCHOOL TEACHERS' PENSION & RETIREMENT FUND OF CHICAGO, THE ARKANSAS PUBLIC EMPLOYEES RETIREMENT SYSTEM, THE CITY OF BOSTON RETIREMENT BOARD, CAMBRIDGE RETIREMENT SYSTEM AND THE BRISTOL COUNTY RETIREMENT SYSTEM FOR: (1) APPOINTMENT AS LEAD PLAINTIFF; (2) APPROVAL OF THEIR CHOICE OF LEAD COUNSEL; AND (3) CONSOLIDATION OF ALL RELATED SECURITIES CLASS ACTIONS**

| | |
|---|---|
| DOROTHY DeANGELIS, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>     v.<br><br>HURON CONSULTING GROUP INC., GARY E. HOLDREN,  GARY L. BURGE, WAYNE LIPSKI and PRICEWATERHOUSECOOPERS LLP,<br><br>     Defendants. | No. 09-4766 |
| NOEL M. PARSONS, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>     v.<br><br>HURON CONSULTING GROUP INC., GARY E. HOLDREN,  GARY L. BURGE, WAYNE LIPSKI and PRICEWATERHOUSECOOPERS LLP,<br><br>     Defendants. | No. 09-4791 |
| ADAM LIEBMAN, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>     v.<br><br>HURON CONSULTING GROUP INC., GARY E. HOLDREN,  GARY L. BURGE and WAYNE LIPSKI,<br><br>     Defendants. | No. 09-4799 |

| | |
|---|---|
| GARY AUSTIN, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>     v.<br><br>HURON CONSULTING GROUP INC., GARY E. HOLDREN,  GARY L. BURGE and WAYNE LIPSKI,<br><br>        Defendants. | No. 09-4842 |
| GERALD TOBIN, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>     v.<br><br>HURON CONSULTING GROUP INC., GARY E. HOLDREN,  GARY L. BURGE and PRICEWATERHOUSECOOPERS LLP,<br><br>        Defendants. | No. 09-4859 |
| THOMAS FISHER, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>     v.<br><br>HURON CONSULTING GROUP INC., GARY E. HOLDREN,  GARY L. BURGE, WAYNE LIPSKI and PRICEWATERHOUSECOOPERS LLP,<br><br>        Defendants. | No. 09-5475 |

The Public School Teachers' Pension & Retirement Fund of Chicago ("Chicago Teachers"), the Arkansas Public Employees Retirement System ("Arkansas"), the City of Boston Retirement Board ("Boston"), Cambridge Retirement System ("Cambridge") and the Bristol County Retirement System ("Bristol") respectfully move this Court, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B), for entry of an Order: (i) appointing them as Lead Plaintiffs on behalf of themselves and all others similarly situated who, from April 27, 2006 to July 31, 2009, inclusive (the "Class Period"), purchased or otherwise acquired securities of Huron Consulting Group and incurred damages as a result of the Defendants' violations of the federal securities laws; (ii) approving movants' choice of the law firms of Cohen Milstein Sellers & Toll PLLC, Bernstein Litowitz Berger & Grossmann LLP, and Labaton Sucharow LLP to serve as Co-Lead Counsel; and (iii) consolidating all related actions herewith under Rule 42(a) of the Federal Rules of Civil Procedure.  This motion is supported by the accompanying Memorandum of Law, the Declaration of Carol V. Gilden and exhibits annexed thereto, the prior pleadings and proceedings herein, and such other written or oral argument as may be permitted by the Court.

DATED: October 5, 2009

Respectfully submitted,

COHEN MILSTEIN SELLERS
& TOLL  PLLC
By /s/    Carol V. Gilden

190 South LaSalle Street, Suite 1705
Chicago, Illinois 60603
Tel: (312) 357-0370
Fax: (312) 357-0369
cgilden@cohenmilstein.com
Illinois Bar No: 06185530

-and-

Steven J. Toll
Daniel S. Sommers
Matthew K. Handley
1100 New York Avenue N.W.
West Tower, Suite 500
Washington, DC 20005-3964
Tel: (202) 408-4600
Fax: (202) 408-4699


BERNSTEIN LITOWITZ BERGER &
GROSSMANN LLP
Avi Josefson
2835 N. Sheffield Avenue, Suite 409
Chicago, Illinois 60657
Tel: 773-883-5382
Fax: 212-554-1444
avi@blbglaw.com
Illinois Bar No. 6272453

-and-

Gerald H. Silk
1285 Avenue of the Americas, 38th Floor
New York, New York 10019
Tel: 212-554-1400
Fax: 212-554-1444


LABATON SUCHAROW LLP
Christopher J. Keller
140 Broadway
New York, New York 10005
Tel: 212-907-0700
Fax: 212-883-7053

***Counsel for the Public Pension Funds and
Proposed Lead Counsel for the Class***

## CERTIFICATE OF SERVICE

I, Carol V. Gilden, hereby certify that on October 5, 2009, I caused to be filed the foregoing Motion of the Public School Teachers' Pension & Retirement Fund of Chicago, Arkansas Public Employees Retirement System, City of Boston Retirement Board, Cambridge Retirement System, and Bristol County Retirement System for (1) Appointment as Lead Plaintiff; (2) Approval of their Choice of Lead Counsel; and (3) Consolidation of All Related Securities Class Actions with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

### *Counsel for Jason Hughes:*

Leigh Robbin Handelman
Pomerantz Haudek Block Grossman & Gross LLP
One North LaSalle Street
Suite 2225
Chicago, IL 60602-3908
(312) 377-1181
Email: lsmollar@pomlaw.com

Patrick Vincent Dahlstrom
Pomerantz Haudek Block Grossman & Gross LLP
One North LaSalle Street
Suite 2225
Chicago, IL 60602-3908
(312) 377-1181
Email: pdahlstrom@pomlaw.com

### *Counsel for defendants Huron Consulting Group, Inc., Gary E. Holdren, Gary L. Burge, and Wayne Lipski :*

John C. Ellis
Richard J. Prendergast, Ltd.
111 West Washington
Suite 1100
Chicago , IL 60602
(312)641-0881
Email: jellis@rjpltd.com

Michael Thomas Layden
Richard J. Prendergast, Ltd.
111 West Washington Street
Suite 1100
Chicago , IL 60602

(312) 641-0881
Email: mlayden@rjpltd.com

Richard J. Prendergast
Richard J. Prendergast, Ltd.
111 West Washington Street
Suite 1100
Chicago , IL 60602
(312) 641-0881
Email: rprendergast@rjpltd.com


The foregoing Motion was served on the following via electronic mail:


***Counsel for Dorothy DeAngelis:***

Lori Ann Fanning
Miller Law LLC
115 South LaSalle Street
Suite 2910
Chicago, IL 60603
(312) 332-3400
Fax: (312) 676-2676
Email: LFanning@MillerLawLLC.com

Marvin Alan Miller
Miller Law LLC
115 South LaSalle Street
Suite 2910
Chicago, IL 60603
(312) 332-3400
Fax: (312) 676-2676
Email: Mmiller@millerlawllc.com


***Counsel for plaintiff Noel M. Parsons:***

Amelia Susan Newton
Lasky & Rifkind, Ltd.
350 N. LaSalle Street
Suite 1320
Chicago, IL 60610
(312) 634-0057
Email: newton@laskyrifkind.com

Heidi E. VonderHeide
Lasky & Rifkind Ltd
350 N. LaSalle Street
Suite 1320
Chicago, IL 60610
312 634 0057
Email: vonderheide@laskyrifkind.com

Leigh R. Lasky
Lasky & Rifkind, Ltd.
350 N. LaSalle Street
Suite 1320
Chicago, IL 60610
(312) 634-0057
Email: lasky@laskyrifkind.com

Norman Rifkind
Lasky & Rifkind, Ltd.
350 N LaSalle Street
Suite 1320
Chicago, IL 60610
(312) 634-0057
Fax: (312) 634-0059
Email: rifkind@laskyrifkind.com

### *Counsel for plaintiff Adam Liebman:*

Daniel J. Kurowski
Hagens Berman Sobol Shapiro LLP
820 North Boulevard
Suite B
Oak Park , IL 60301
708 776 5600
Fax: 708-776-5601
Email: dank@hbsslaw.com

Elizabeth A. Fegan
Hagens Berman Sobol Shapiro LLP
820 North Boulevard
Suite B
Oak Park , IL 60301
(708) 776-5600
Fax: (708) 776-5601
Email: beth@hbsslaw.com

***Counsel for plaintiff Gary Austin:***

Lori Ann Fanning
Miller Law LLC
115 South LaSalle Street
Suite 2910
Chicago, IL 60603
(312) 332-3400
Fax: (312) 676-2676
Email: LFanning@MillerLawLLC.com

Marvin Alan Miller
Miller Law LLC
115 South LaSalle Street
Suite 2910
Chicago , IL 60603
(312) 332-3400
Fax: (312) 676-2676
Email: Mmiller@millerlawllc.com

***Counsel for plaintiff Gerald Tobin:***

Kenneth A. Wexler
Wexler Wallace LLP
55 West Monroe
Suite 3300
Chicago, IL 60603
(312) 346-2222
Email: kaw@wexlerwallace.com

Mark Richard Miller
Wexler Wallace LLP
55 W. Monroe Street
#3300
Chicago, IL 60603
(312)346-2222
Fax: 312-346-0022
Email: mrm@wexlerwallace.com

***Counsel for plaintiff Thomas Fisher:***

David Barry Kahn

David B. Kahn & Associates, Ltd.
One Northfield Plaza
Suite 100
Northfield, IL 60093
(847) 501-5083
Email: dkahn@kahnlawchicago.com

Mark E. King
David B. Kahn & Associates, Ltd.
One Northfield Plaza
Suite 100
Northfield, IL 60093
(708) 501-5083
Email: mking@kahnlawchicago.com


***Counsel for defendant PricewaterhouseCoopers LLP:***

Emily Nicklin
Kirkland & Ellis LLP (Chicago)
300 N. LaSalle
Chicago , IL 60654
(312)862-2000
Email: enicklin@kirkland.com

Timothy A. Duffy
Kirkland & Ellis LLP (Chicago)
300 N. LaSalle
Chicago , IL 60654
(312)862-2000
Email: tduffy@kirkland.com


_____ /s/ Carol V. Gilden _____