# EXHIBIT B

Case 1:09-cv-04734   Document 28-3   Filed 10/05/2009   Page 1 of 3

Copyright 2009 Business Wire, Inc.
Business Wire

August 4, 2009 Tuesday 8:24 PM GMT

**DISTRIBUTION:** Business Editors; Legal Editors

**LENGTH:** 629 words

**HEADLINE:** Glancy Binkow & Goldberg LLP, Representing Investors Who Purchased Huron Consulting Group, Inc., Announces Class Action Lawsuit and Seeks to Recover Losses

**DATELINE:** LOS ANGELES

**BODY:**

　　Notice is hereby given that Glancy Binkow & Goldberg LLP has filed a class action lawsuit in the United States District Court for the Northern District of Illinois on behalf of a class consisting of all persons or entities who purchased the securities of Huron Consulting Group, Inc. ("Huron" or the "Company") (Nasdaq:HURN) between April 27, 2006 and July 31, 2009, inclusive (the "Class Period").

　　A copy of the Complaint is available from the court or from Glancy Binkow & Goldberg LLP. Please contact us by phone to discuss this action or to obtain a copy of the Complaint at (310) 201-9150 or Toll Free at (888) 773-9224, by email at info@glancylaw.com, or visit our website at http://www.glancylaw.com .

　　The Complaint charges the Company and certain of its former executive officers with violations of federal securities laws. Huron provides consulting services in the United States to help clients in diverse industries improve performance, comply with complex regulations, resolve disputes, recover from distress, leverage technology and stimulate growth. The Complaint alleges that throughout the Class Period defendants knew or recklessly disregarded that their public statements concerning Huron's business, operations and prospects were materially false and misleading. Specifically, the Complaint alleges the defendants made false or misleading statements and failed to disclose: (1) that shareholders of four businesses that Huron acquired between 2005-2007 redistributed portions of their acquisition-related payments among themselves and to certain Huron employees; (2) that, as a result, the Company understated its non-cash compensation expenses; (3) that the Company's financial statements were not prepared in accordance with Generally Accepted Accounting Principles ("GAAP"); (4) that the Company lacked adequate internal and financial controls; and (5), as a result of the above, the Company's financial statements were materially false and misleading at all relevant times.

　　On July 31, 2009, Huron shocked investors when it announced that the Company's financial statements for the fiscal years 2006, 2007, 2008, and the fiscal first quarter of 2009, should no longer be relied upon and will have to be restated as a result of the Company's accounting for certain acquisition-related payments received by the sellers in connection with the sale of certain acquired businesses that were subsequently redistributed among themselves and to other select Huron employees, which under accounting rules should have been classified as non-cash compensation expenses.

　　In response to this news, on the next trading day, August 3, 2009, shares of Huron declined $30.66 per share, or 69.13%, to close at $13.69 per share, on unusually heavy trading volume.

　　Plaintiff seeks to recover damages on behalf of class members and is represented by Glancy Binkow & Goldberg LLP, a law firm with significant experience in prosecuting class actions, and substantial expertise in actions involving corporate fraud.

　　If you are a member of the class described above, you may move the Court, no later than 60 days from the date of this Notice, to serve as lead plaintiff, however, you must meet certain legal requirements. If you wish to discuss this action or have any questions concerning this Notice or your rights or interests with respect to these matters, please contact Michael Goldberg, Esquire, or Richard A. Maniskas, Esquire, of Glancy Binkow & Goldberg LLP, 1801 Avenue of the Stars, Suite 311, Los Angeles, California 90067, by telephone at (310) 201-9150 or Toll Free at (888) 773-9224 or by e-mail to info@glancylaw.com

Glancy Binkow & Goldberg LLP, Representing Investors Who Purchased Huron Consulting Group, Inc., Announces Class Action Lawsuit and Seeks to Recover Losses Business Wire August 4, 2009 Tuesday 8:2

CONTACT: Glancy Binkow & Goldberg LLP, Los Angeles, CA
Michael Goldberg
Richard A. Maniskas
310-201-9150 or 888-773-9224
info@glancylaw.com
www.glancylaw.com

**URL:** http://www.businesswire.com

**LOAD-DATE:** August 5, 2009