# EXHIBIT C

Case 1:09-cv-04734   Document 28-4   Filed 10/05/2009   Page 1 of 7

## CERTIFICATION OF NAMED PLAINTIFF
## PURSUANT TO FEDERAL SECURITIES LAWS

NATIONAL ROOFING INDUSTRY PENSION PLAN ("Plaintiff") declares:

1. Plaintiff has reviewed a complaint and authorized its filing.

2. Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3. Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:

| Security | Transaction | Date | Price Per Share |
|---|---|---|---|

*See* attached Schedule A.

5. Plaintiff has not sought to serve or served as a representative party for a class in an action filed under the federal securities laws except as detailed below during the three years prior to the date of this Certification:

*In re Crocs, Inc. Sec. Litig.*, No. 07-cv-02351-REB-KLM (D. Colo.)

6. The Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery,

except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 20th day of September, 2009.

                        NATIONAL ROOFING INDUSTRY
                        PENSION PLAN

By: _____

Its: Trustee

## SCHEDULE A

## SECURITIES TRANSACTIONS

**Acquisitions**

| Date Acquired | Type/Amount of Securities Acquired | Price |
|---|---|---|
| 12/12/2007 | 3,333 | $73.00 |
| 12/13/2007 | 1,682 | $74.37 |
| 01/04/2008 | 727 | $75.76 |
| 01/07/2008 | 560 | $71.78 |
| 03/05/2008 | 1,345 | $55.31 |
| 06/23/2008 | 1,133 | $46.96 |
| 06/24/2008 | 655 | $45.31 |
| 08/28/2008 | 132 | $63.93 |
| 09/02/2008 | 156 | $65.85 |
| 09/03/2008 | 154 | $64.88 |
| 02/24/2009 | 1,428 | $39.94 |

## CERTIFICATION OF NAMED PLAINTIFF
## PURSUANT TO FEDERAL SECURITIES LAWS

BUILDING TRADES UNITED PENSION TRUST FUND ("Plaintiff") declares:

1. Plaintiff has reviewed a complaint and authorized its filing.

2. Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3. Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:

| Security | Transaction | Date | Price Per Share |
|---|---|---|---|

*See* attached Schedule A.

5. (a) Plaintiff has been appointed to serve as a representative party for a class in the following actions filed under the federal securities laws during the three years prior to the date of this Certification:
*Building Trades United Pension Trust Fund v. Kenexa Corporation, et al.*, No. 2:09-cv-02642-JS (E.D. Pa.)

(b) Plaintiff is seeking to serve as a representative party for a class in the following actions filed under the federal securities laws:
*Osborn v. Coach, Inc., et al.*, No. 09-cv-03789 (S.D.N.Y.)

(c) Plaintiff initially sought to serve as a representative party for a class in the following actions filed under the federal securities laws during the three years prior to the date of this Certification:
*Rubin v. MF Global, Ltd., et al.*, No. 1:08-cv-02233-VM (S.D.N.Y.)
*Public Pension Fund Group, et al. v. KV Pharmaceutical Co., et al.*, No. 4:08-cv-01859-CEJ (E.D. Mo.)
*Coad v. Sequenom, Inc., et al.*, No. 3:08-cv-00921-LAB (S.D. Cal.)

HURON

6.  The Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 23rd day of September, 2009.

BUILDING TRADES UNITED PENSION TRUST FUND

By: _/s/ Leslie W. Bluhm_____

Its: __Vice Chairman_____

By: _/s/ Jo M. Solet_____

Its: __Secretary_____

## SCHEDULE A

## SECURITIES TRANSACTIONS

Acquisitions

| Date Acquired | Type/Amount of Securities Acquired | Price |
|---|---|---|
| 11/19/2008 | 1,000 | $50.03 |
| 11/20/2008 | 600 | $50.00 |
| 11/21/2008 | 300 | $46.11 |
| 12/09/2008 | 500 | $52.43 |
| 01/16/2009 | 1,900 | $53.58 |
| 01/20/2009 | 2,000 | $50.93 |
| 01/30/2009 | 400 | $49.99 |
| 02/03/2009 | 300 | $49.35 |
| 02/17/2009 | 400 | $46.56 |
| 02/20/2009 | 300 | $43.92 |
| 02/24/2009 | 1,200 | $40.16 |
| 03/02/2009 | 400 | $40.76 |
| 03/03/2009 | 500 | $40.91 |
| 03/13/2009 | 500 | $40.89 |
| 03/17/2009 | 300 | $38.84 |
| 03/26/2009 | 500 | $43.15 |
| 03/27/2009 | 400 | $42.66 |
| 04/01/2009 | 800 | $40.21 |
| 04/06/2009 | 500 | $40.57 |
| 04/09/2009 | 400 | $41.11 |
| 04/13/2009 | 500 | $40.31 |
| 04/14/2009 | 1,600 | $36.98 |
| 04/17/2009 | 500 | $37.48 |
| 04/24/2009 | 500 | $40.74 |
| 05/11/2009 | 500 | $43.89 |
| 05/14/2009 | 500 | $43.88 |
| 07/15/2009 | 600 | $42.11 |
| 07/27/2009 | 700 | $43.64 |

Sales

| Date Sold | Type/Amount of Securities Sold | Price |
|---|---|---|
| 12/15/2008 | 600 | $57.42 |
| 12/16/2008 | 400 | $58.07 |
| 12/17/2008 | 1,000 | $59.24 |
| 12/18/2008 | 400 | $59.19 |
| 06/24/2009 | 400 | $46.07 |