**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.3**
**Eastern Division**

Jason Hughes, et al.
                                    Plaintiff,

v.                                                   Case No.: 1:09−cv−04734
                                                     Honorable Elaine E. Bucklo

Huron Consulting Group, Inc., et al.
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, October 8, 2009:

  MINUTE entry before the Honorable Elaine E. Bucklo:Various motions (18,23,27) heard on 10/8/2009. Set deadlines/hearing as to motions (18,23,27): Responses due by 10/19/2009. Replies due by 10/26/2009. Ruling set for 11/9/2009 at 09:15 AM. Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.