# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.3
### Eastern Division

Jason Hughes, et al.

                           Plaintiff,

v.                                           Case No.: 1:09–cv–04734

                                           Honorable Elaine E. Bucklo

Huron Consulting Group, Inc., et al.

                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 16, 2009:

      MINUTE entry before the Honorable Elaine E. Bucklo: plaintiff Public Pension Funds' motion for appointment as lead plaintiff and approval of their choice of lead counsel is granted. Plaintiff Union Funds' competing motion is denied. Motion for consolidation is granted. See Order for details.Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.