UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JASON HUGHES, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>vs.<br><br>HURON CONSULTING GROUP INC., GARY E. HOLDREN AND GARY L. BURGE,<br><br>Defendants. | 09-CV-04734<br><br>Judge Elaine E. Bucklo<br><br>Magistrate Judge Sidney I. Shenkier |

**MOTION FOR LEAVE PURSUANT TO L.R. 83.17 TO
WITHDRAW APPEARANCES FOR HOLDREN, BURGE AND LIPSKI**

1. On August 26, 2009, August 27, 2009, September 15, 2009 and September 23, 2009, Michael T. Layden and Richard J. Prendergast filed appearances on behalf of defendants Huron Consulting Group, Inc., Gary E. Holdren, Gary L. Burge and Wayne Lipski in the various cases that were consolidated in this action.

2. Pursuant to L.R. 83.17, Layden and Prendergast hereby seek leave to withdraw their appearances on behalf of Gary E. Holdren, Gary L. Burge and Wayne Lipski.

3. Gary E. Holdren, Gary L. Burge and Wayne Lipski are represented by separate counsel, who have filed or will file their respective appearances.

WHEREFORE, the undersigned hereby respectfully request that the Court enter an Order allowing Michael T. Layden and Richard J. Prendergast to withdraw as counsel on behalf of Gary E. Holdren, Gary L. Burge and Wayne Lipski.

DATED: March 11, 2010          Respectfully Submitted,

                         By:    /s/ Richard J. Prendergast
                               Richard J. Prendergast
                               **RICHARD J. PRENDERGAST, LTD.**
                               111 West Washington, Suite 1100
                               Chicago, Illinois 60602
                               Telephone: (312) 641-0881
                               Facsimile: (312) 641-3562