**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| JASON HUGHES, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>vs.<br><br>HURON CONSULTING GROUP INC., GARY E. HOLDREN AND GARY L. BURGE,<br><br>Defendants. | 09-CV-04734<br><br>Judge Elaine E. Bucklo<br><br>Magistrate Judge Sidney I. Shenkier |

**NOTICE OF MOTION**

TO:   SEE ATTACHED SERVICE LIST

**PLEASE TAKE NOTICE** that on **March 18, 2010**, at **9:30 a.m.**, or as soon thereafter as counsel may be heard, defendant shall appear before the Honorable Judge Elaine E. Bucklo, Room 1441 of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, 60604, and then and there present the attached **Motion for Leave Pursuant to L.R. 83.17 to Withdraw Appearances for Holdren, Burge and Lipski**, a copy of which is herewith served upon you.

                                                                                          /s/  Richard J. Prendergast

Richard J. Prendergast, Esq.
Michael T. Layden, Esq.
RICHARD J. PRENDERGAST, LTD.
111 W. Washington St., Suite 1100
Chicago, Illinois  60602
(312) 641-0881

**CERTIFICATE OF SERVICE**

    Richard J. Prendergast, an attorney, certifies that he caused a copy of the foregoing **Notice** and **Motion for Leave Pursuant to L.R. 83.17 to Withdraw Appearances for Holdren, Burge and Lipski** to be served upon the Following Service List, on this **11**th day of **March**, 2010.

                                                                                          /s/  Richard J. Prendergast

## SERVICE LIST

*Hughes, et a. v. Huron, et al.*
*09 C 4734*

## VIA ELECTRONIC MEANS

**Leigh Robbin Handelman**
**Patrick Vincent Dahlstrom**
Pomerantz Haudek Block Grossman & Gross LLP
One North LaSalle Street, Suite 2225
Chicago, IL 60602-3908
(312) 377-1181
Email: lsmollar@pomlaw.com
  pdahlstrom@pomlaw.com


**Avi Josefson**
**Jerald D. Bien-willner**
**Jeroen Van Kwawegen**
**Samuel J. Lieberman**
**Steven B. Singer**
**Gerald H. Silk**
Bernstein, Litowitz, Berger & Grossmann LLP
1285 Avenue of the Americas
New York, NY 10019
(212)554-1400
Email: avi@blbglaw.com
  jerryb@blbglaw.com
  SLieberman@blbglaw.com
  steven@blbglaw.com


**Carol V Gilden**
Cohen Milstein Sellers & Toll PLLC
190 S. LaSalle Street, Suite 1705
Chicago, IL 60603
(312) 357-0370
Fax: (312) 357-0369
Email: cgilden@cohenmilstein.com

**Joshua Kolsky**
**Matthew K Handley**
**Steven J. Toll**
**Daniel S. Sommers**
Cohen Milstein Sellers & Toll, PLLC
1100 New York Avenue, NW
Suite 500, West Tower
Washington, DC 2000
(202) 589-2279
Email: jkolsky@cohenmilstein.com


**Alan I. Ellman**
**Christopher J. Keller**
**Javier Bleichmar**
**Stefanie J. Sundel**
Labaton Sucharow LLP
140 Broadway
New York, NY 10005
(212) 907-0700
Email: aellman@labaton.com
      ckeller@labaton.com
      jbleichmar@labaton.com
      ssundel@labaton.com


**Walter C. Carlson**
**David Andrew Gordon**
**Ian M. Ross**
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000
Email: wcarlson@sidley.com
      dgordon@sidley.com
      iross@sidley.com


**Charles F. Smith , Jr.**
**Gretchen Maria Wolf**
Skadden Arps Slate Meagher & Flom, LLP CH
155 North Wacker Drive, Suite 2700
Chicago, IL 60606-1720
(312) 407-0700
Email: cfsmith@skadden.com
      gwolf@skadden.com

**Danielle Suzanne Myers**
**Debra J. Wyman**
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058
Email: dmyers@csgrr.com
  debraw@csgrr.com


**Amelia Susan Newton**
**Heidi E. VonderHeide**
**Leigh R. Lasky**
**Norman Rifkind**
Lasky & Rifkind, Ltd.
350 N. LaSalle Street, Suite 1320
Chicago, IL 60610
(312) 634-0057
Email: newton@laskyrifkind.com
  vonderheide@laskyrifkind.com
  lasky@laskyrifkind.com
  rifkind@laskyrifkind.com


**Daniel J. Kurowski**
**Elizabeth A. Fegan**
Hagens Berman Sobol Shapiro LLP
820 North Boulevard, Suite B
Oak Park, IL 60301
708 776 5600
Fax: 708-776-5601
Email: dank@hbsslaw.com
  beth@hbsslaw.com


**David Barry Kahn**
**Mark E. King**
David B. Kahn & Associates, Ltd.
One Northfield Plaza, Suite 100
Northfield, IL 60093
(847) 501-5083
Email: dkahn@kahnlawchicago.com
  mking@kahnlawchicago.com

**Emily Nicklin**
**Timothy A. Duffy**
Kirkland & Ellis LLP (Chicago)
300 N. LaSalle
Chicago, IL 60654
(312)862-2000
Email: enicklin@kirkland.com
       tduffy@kirkland.com


**Kenneth A. Wexler**
**Mark Richard Miller**
Wexler Wallace LLP
55 West Monroe, Suite 3300
Chicago, IL 60603
(312) 346-2222
Email: kaw@wexlerwallace.com
       mrm@wexlerwallace.com


**Lori Ann Fanning**
**Marvin Alan Miller**
Miller Law LLC
115 South LaSalle Street, Suite 2910
Chicago, IL 60603
(312) 332-3400
Fax: (312) 676-2676
Email: LFanning@MillerLawLLC.com
       Mmiller@millerlawllc.com


**Reed R Kathrein**
Hagens Berman Sobol Shapiro LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
(510) 725-3000
Fax: (510) 725-3001
Email: reed@hbsslaw.com


**Jonathan Nachsin**
Jonathan Nachsin, P.C.
105 West Adams Street, Suite 3000
Chicago, IL 60603
(312) 327-1777
Email: nachsin@att.net

**Mary Jane Fait**
**Adam J. Levitt**
**John E. Tagren**
Wolf, Haldenstein, Adler, Freeman & Herz LLC (Chicago)
55 West Monroe Street , Suite 1111
Chicago, IL 60603
(312) 984-0000
Email: fait@whafh.com


**Francis P. Barron**
**Joe Wesley Earnhardt**
**Rachel G. Skaistis**
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
(212) 474-1506
Email: fbarron@cravath.com
        wearnhardt@cravath.com


### VIA FACSIMILE

Lionel Z. Glancy
Michael Goldberg
Richard A. Maniskas
GLANCY BINKOW & GOLDBERG LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, CA  90067
(310) 201-9150
Fax: (310) 201-9160


Howard G. Smith
LAW OFFICES OF HOWARD G. SMITH
3070 Bristol Pike, Suite 112
Bensalem, PA  19020
(215) 638-4847
Fax: (215) 638-4867

Mark S. Willis
Mark Bogen
SPECTOR ROSEMAN KODROFF & WILLIS, P.C.
1101 Pennsylvania Avenue, NW, Suite 600
Washington, D.C. 20004
(202) 756-3600
Fax: (202) 756-3602


Robert M. Roseman
Andrew D. Abramowitz
SPECTOR ROSEMAN KODROFF & WILLIS, P.C.
1818 Market Street, Suite 2500
Phiadelphia, PA 19103
(215) 496-0300
Fax: (215) 496-6611


Darren J. Robbins
COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
(619) 231-1058
Fax: (619) 231-7423


Thomas Cimino
Jeanah Park
VEDDER PRICE, P.C.
222 N. LaSalle St., Suite 2600
Chicago, Illinois 60601
(312) 609-7500
Fax: (312) 609-5005
Email: tcimino@vedderprice.com
       jpark@vedderprice.com