**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| JASON HUGHES, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>vs.<br><br>HURON CONSULTING GROUP INC., GARY E. HOLDREN, GARY L. BURGE AND WAYNE LIPSKI,<br><br>Defendants. | 09-CV-04734<br><br>**Judge Elaine E. Bucklo** |

**DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED CLASS ACTION COMPLAINT**

Defendant Huron Consulting Group Inc. ("Huron") and defendants Gary E. Holdren, Gary L. Burge and Wayne Lipski (collectively with Huron, "defendants"), respectfully move this Court to dismiss plaintiffs' Consolidated Class Action Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted. In support thereof, defendants submit the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss the Consolidated Class Action Complaint and Declaration of J. Wes Earnhardt and supporting exhibits attached thereto.

WHEREFORE, defendants respectfully request that this Court dismiss the Consolidated Class Action Complaint filed by plaintiffs in the above-captioned case.

DATED: March 30, 2010

Respectfully submitted,

RICHARD J. PRENDERGAST, LTD.,

by
    /s/ Richard J. Prendergast
Richard J. Prendergast
Michael T. Layden
Members of the Firm

111 West Washington
Suite 1100
Chicago, Illinois 60602
(312) 641-0881
rprendergast@rjpltd.com
*Attorneys for Huron Consulting Group Inc.*

CRAVATH, SWAINE & MOORE LLP,

by
    /s/ Francis P. Barron
Francis P. Barron
Rachel G. Skaistis
Members of the Firm

825 Eighth Avenue
New York, New York 10019
(212) 474-1000
fbarron@cravath.com
*Attorneys for Huron Consulting Group Inc.*

VEDDER PRICE P.C.,

by
    /s/ Thomas P. Cimino, Jr.
Thomas P. Cimino, Jr.
Jeanah Park
Members of the Firm

222 North LaSalle Street
Chicago, Illinois 60601
(312) 609-7500
*Attorneys for Gary E. Holdren*

        SIDLEY AUSTIN LLP,

  by

        /s/ Walter C. Carlson
        Walter C. Carlson
        David A. Gordon
        Partners of the Firm

        One South Dearborn
        Chicago, Illinois 60603
        (312) 853-7036
        *Attorneys for Gary L. Burge*

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP & AFFILIATES

  by

        /s/ Charles F. Smith
        Charles F. Smith
        A member of the Firm

        155 N. Wacker Drive
        Chicago, Illinois 60606
        (312) 407-0700
        *Attorney for Wayne Lipski*