UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JASON HUGHES, Individually and on Behalf of all Others Similarly Situated, <br><br>     Plaintiffs, <br><br> v. <br><br> HURON CONSULTING GROUP, INC., et al. <br><br>     Defendants | Master File No. 09-CV-4734 <br><br> Honorable Elaine E. Bucklo |

## LEAD PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT

Pursuant to Federal Rule of Civil Procedure 23, Lead Plaintiffs[1] respectfully move

for the entry of an order (i) granting preliminary approval to the proposed Settlement set

forth in the Stipulation of Settlement dated January 18, 2011; (ii) certifying for settlement

purposes only, the proposed Class, Lead Plaintiffs as Class Representatives, and

appointing Lead Counsel as Class Counsel; (iii) approving the form and manner of giving

notice of the proposed Settlement to the Class; and (iii) setting a hearing date for final

approval of the Settlement, approval of the Plan of Allocation, and for consideration of

Lead Counsel's application for an award of attorneys' fees and reimbursement of

litigation expenses. This Motion is supported by the accompanying Memorandum of

---

[1] Lead Plaintiffs are the Public School Teachers' Pension & Retirement Fund of Chicago, Arkansas Public Employees Retirement System, the City of Boston Retirement Board, the Cambridge Retirement System, and the Bristol County Retirement System, collectively "Lead Plaintiffs."

1

Law, the Stipulation of Settlement and exhibits annexed thereto, the prior pleadings and

proceedings herein, and such other written or oral argument as may be permitted by the

Court.

    Respectfully submitted,

Dated:  January 19, 2011

**COHEN MILSTEIN SELLERS & TOLL PLLC**

By: /s/ Carol V. Gilden
Carol V. Gilden
190 South LaSalle Street, Suite 1705
Chicago, Illinois 60603
Tel.: (312) 357-0370
Fax:  (312) 357-0369
cgilden@cohenmilstein.com
Attorney ID: 06185530

-and-

Steven J. Toll
Daniel S. Sommers
Matthew K. Handley
Joshua M. Kolsky
1100 New York Avenue N.W., Suite 500 West
Washington, DC 20005-3964
Tel: (202) 408-4600

**LABATON SUCHAROW LLP**

By:  /s/ Jonathan M. Plasse
Jonathan M. Plasse
Javier Bleichmar
Erin H. Rump
140 Broadway
New York, NY 10005
Tel:  (212) 907-0700
Fax:  (212) 818-0477

**BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP**

By: /s/  Avi Josefson
Steven B. Singer
Jeroen van Kwawegen
1285 Avenue of the Americas, 38th Floor
New York, NY 10019
Tel: (212) 554-1400
Fax: (212) 554-1444

-and-

Avi Josefson
2835 N. Sheffield Avenue, Suite 409
Chicago, Illinois 60657
Tel: 773-883-5382

*Co-Lead Counsel for the Court-appointed Lead
Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

I, Carol V. Gilden, hereby certify that on this 19th day of January, 2011, in accordance with Federal Rule of Civil Procedure 5(a) and Northern District of Illinois L.R. 5.5 and 5.9, I caused a copy of the foregoing to be electronically filed with the Clerk of Court and served on all counsel of record through the Northern District of Illinois' CM/ECF system

/s/   Carol V. Gilden
Carol V. Gilden
COHEN MILSTEIN
  SELLERS & TOLL PLLC
190 South LaSalle Street, Suite 1705
Chicago, IL 60603
Tel.: (312) 357- 0370
Fax: (312) 357- 0369
cgilden@cohenmilstein.com
Attorney ID:  06185530

3