**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JASON HUGHES, Individually and on Behalf of all Others Similarly Situated,<br><br>      Plaintiffs,<br><br>v.<br><br>HURON CONSULTING GROUP, INC., et al.,<br><br>      Defendants. | Master File No. 09-CV-4734<br><br>Honorable Elaine E. Bucklo |

**MOTION FOR LEAVE TO FILE AN OVERSIZED
<u>FINAL APPROVAL BRIEF *INSTANTER*</u>**

Lead Plaintiffs Public School Teachers' Pension & Retirement Fund of Chicago, the Arkansas Public Employees Retirement System, the City of Boston Retirement Board, the Cambridge Retirement System, and the Bristol County Retirement System (collectively, "Lead Plaintiffs"), by their counsel, move this Court for leave to file an 18-page brief, *instanter*, in support of their Motion for Final Approval of Class Action Settlement and Plan of Allocation. Lead Plaintiffs are requesting the three extra pages in order to more fully set forth their arguments supporting final approval of the proposed Class Action Settlement and Plan of Allocation, which will enable the Class and the Court to more fully understand the fairness and reasonableness of the Settlement. A copy of Lead Plaintiffs' proposed brief is being filed contemporaneously herewith.

WHEREFORE, for the foregoing reasons, Lead Plaintiffs respectfully request the Court to grant their Motion for Leave to File an Oversized Final Approval Brief *Instanter*.

Dated: April 6, 2011

Respectfully submitted,

**COHEN MILSTEIN SELLERS & TOLL PLLC**

By: /s/ Carol V. Gilden
Carol V. Gilden
190 South LaSalle Street, Suite 1705
Chicago, Illinois 60603
Tel.: (312) 357-0370
Fax: (312) 357-0369
cgilden@cohenmilstein.com
Attorney ID: 06185530

-and-

Steven J. Toll
Daniel S. Sommers
Matthew K. Handley
1100 New York Avenue N.W.
West Tower, Suite 500
Washington, DC 20005-3964
Tel.: (202) 408-4600

**LABATON SUCHAROW LLP**

By: /s/ Jonathan M. Plasse
Jonathan M. Plasse
Javier Bleichmar
Nicole Zeiss
140 Broadway
New York, NY 10005
Tel.: (212) 907-0700
Fax: (212) 818-0477

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

By: /s/ Avi Josefson
Steven B. Singer
Jeroen van Kwawegen
1285 Avenue of the Americas, 38th Floor
New York, NY 10019
Tel.: (212) 554-1400
Fax: (212) 554-1444

-and-

Avi Josefson
2835 N. Sheffield Avenue, Suite 409
Chicago, Illinois 60657
Tel.: (773) 883-5382

*Co-Lead Counsel for the Court-appointed Lead Plaintiffs and the Class*

**CERTIFICATE OF SERVICE**

  I, Carol V. Gilden, hereby certify that on this 6th day of April, 2011, in accordance with Federal Rule of Civil Procedure 5(a) and Northern District of Illinois L.R. 5.5 and 5.9, I caused a copy of the foregoing to be electronically filed with the Clerk of Court and served on all counsel of record through the Northern District of Illinois' CM/ECF system

        /s/ Carol V. Gilden
       Carol V. Gilden
       COHEN MILSTEIN
        SELLERS & TOLL PLLC
       190 South LaSalle Street, Suite 1705
       Chicago, IL 60603
       Tel.: (312) 357- 0370
       Fax: (312) 357- 0369