**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JASON HUGHES, Individually and on Behalf of all Others Similarly Situated,<br><br>      Plaintiffs,<br><br>v.<br><br>HURON CONSULTING GROUP, INC., et al.,<br><br>      Defendants. | Master File No. 09-CV-4734<br><br>Honorable Elaine E. Bucklo |

**LEAD PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION
SETTLEMENT AND PLAN OF ALLOCATION AND LEAD COUNSEL'S MOTION
FOR AN AWARD OF ATTORNEYS' FEES AND
<u>REIMBURSEMENT OF LITIGATION EXPENSES</u>**

Lead Plaintiffs Public School Teachers' Pension & Retirement Fund of Chicago ("Chicago Teachers"), Arkansas Public Employees Retirement System, the City of Boston Retirement Board, the Cambridge Retirement System and the Bristol County Retirement System (collectively, "Lead Plaintiffs") hereby move the Court for entry of an order and final judgment: (1) granting final approval of the settlement of this litigation and dismissing it against Defendants with prejudice; and (2) approving the Plan of Allocation of settlement proceeds. Cohen Milstein Sellers & Toll PLLC, Labaton Sucharow LLP, and Bernstein Litowitz Berger & Grossmann LLP ("Lead Counsel") hereby move the Court for entry of an order (1) awarding attorneys' fees of 16% of the Settlement Fund to be paid from the Cash Settlement Fund and the Settlement Shares; (2) awarding Lead Counsel reimbursement of expenses in the amount of $291,163.96 to be paid from the Cash Settlement Fund; and (3) awarding Chicago Teachers

$9,394.00 for the costs and expenses it incurred in connection with its representation of the Class in this Action.

These Motions are based upon Lead Plaintiffs' Memorandum of Points and Authorities in Support of Motion for Final Approval of Class Action Settlement and Plan of Allocation; Memorandum in Support of Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses; the Declarations and Affidavits filed in support thereof; the Stipulation of Settlement; and all other pleadings and matters of record, and such additional evidence or argument as may be presented at the hearing.

Dated: April 6, 2011            Respectfully submitted,

**COHEN MILSTEIN SELLERS
  & TOLL PLLC**

By:   /s/ Carol V. Gilden
Carol V. Gilden
190 South LaSalle Street, Suite 1705
Chicago, Illinois 60603
Tel.: (312) 357-0370
Fax: (312) 357-0369
cgilden@cohenmilstein.com
Attorney ID: 06185530

-and-

Steven J. Toll
Daniel S. Sommers
Matthew K. Handley
Joshua M. Kolsky
1100 New York Avenue N.W.
West Tower, Suite 500
Washington, DC 20005-3964
Tel.: (202) 408-4600

**LABATON SUCHAROW LLP**      **BERNSTEIN LITOWITZ BERGER
                                         & GROSSMANN LLP**

By:   /s/ Jonathan M. Plasse        By:   /s/ Avi Josefson
Jonathan M. Plasse                              Steven B. Singer
Javier Bleichmar                                  Jeroen van Kwawegen
Nicole Zeiss                                        1285 Avenue of the Americas, 38th Floor
140 Broadway                                      New York, NY 10019
New York, NY 10005                         Tel.: (212) 554-1400
Tel.: (212) 907-0700                      Fax: (212) 554-1444
Fax: (212) 818-0477

-and-

Avi Josefson
2835 N. Sheffield Avenue, Suite 409
Chicago, Illinois 60657
Tel.: (773) 883-5382

*Co-Lead Counsel for the Court-appointed Lead
Plaintiffs and the Class*

3

**CERTIFICATE OF SERVICE**

  I, Carol V. Gilden, hereby certify that on this 6th day of April, 2011, in accordance with Federal Rule of Civil Procedure 5(a) and Northern District of Illinois L.R. 5.5 and 5.9, I caused a copy of the foregoing to be electronically filed with the Clerk of Court and served on all counsel of record through the Northern District of Illinois' CM/ECF system

      /s/   Carol V. Gilden
      Carol V. Gilden
      COHEN  MILSTEIN
       SELLERS & TOLL PLLC
      190 South LaSalle Street, Suite 1705
      Chicago, IL 60603
      Tel.:  (312) 357- 0370
      Fax:  (312) 357- 0369