**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| JASON HUGHES, Individually and on Behalf of all Others Similarly Situated,<br><br>    Plaintiffs,<br><br>v.<br><br>HURON CONSULTING GROUP, INC., et al.,<br><br>    Defendants. | Master File No. 09-CV-4734<br><br>Honorable Elaine E. Bucklo |

## NOTICE OF MOTION

To:   All Counsel of Record

PLEASE TAKE NOTICE that on May 6, 2011 at 1:30 p.m. counsel for Lead Plaintiffs Public School Teachers' Pension & Retirement Fund of Chicago, the Arkansas Public Employees Retirement System, the City of Boston Retirement Board, the Cambridge Retirement System, and the Bristol County Retirement System (collectively, "Lead Plaintiffs") will appear, in accordance with this Court's previously entered Order for Notice and Hearing setting the date of the Settlement Fairness Hearing, and present to the Honorable Elaine E. Bucklo in Courtroom No. 1441 at 219 S. Dearborn Street, Chicago, Illinois 60604, Lead Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation, Lead Plaintiffs' Motion for Leave to File an Oversized Final Approval Brief *Instanter*, and Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses, and memoranda, declarations, and affidavits in support thereof, copies of which are hereby served upon you.

1

Dated: April 6, 2011 Respectfully submitted,

**COHEN MILSTEIN SELLERS
 & TOLL PLLC**

By:  /s/ Carol V. Gilden
Carol V. Gilden
190 South LaSalle Street, Suite 1705
Chicago, Illinois 60603
Tel.: (312) 357-0370
Fax: (312) 357-0369
cgilden@cohenmilstein.com
Attorney ID: 06185530

-and-

Steven J. Toll
Daniel S. Sommers
Matthew K. Handley
Joshua M. Kolsky
1100 New York Avenue N.W.
West Tower, Suite 500
Washington, DC 20005-3964
Tel.: (202) 408-4600

| **LABATON SUCHAROW LLP** | **BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP** |
|---|---|
| By:  /s/ Jonathan M. Plasse | By:  /s/ Avi Josefson |
| Jonathan M. Plasse | Steven B. Singer |
| Javier Bleichmar | Jeroen van Kwawegen |
| Nicole Zeiss | 1285 Avenue of the Americas, 38th Floor |
| 140 Broadway | New York, NY 10019 |
| New York, NY 10005 | Tel.: (212) 554-1400 |
| Tel.: (212) 907-0700 | Fax: (212) 554-1444 |
| Fax: (212) 818-0477 | |

-and-

Avi Josefson
2835 N. Sheffield Avenue, Suite 409
Chicago, Illinois 60657
Tel.: (773) 883-5382

*Co-Lead Counsel for the Court-appointed Lead Plaintiffs and the Class*

**CERTIFICATE OF SERVICE**

    I, Carol V. Gilden, hereby certify that on this 6th day of April, 2011, in accordance with Federal Rule of Civil Procedure 5(a) and Northern District of Illinois L.R. 5.5 and 5.9, I caused a copy of the foregoing to be electronically filed with the Clerk of Court and served on all counsel of record through the Northern District of Illinois' CM/ECF system

        /s/ Carol V. Gilden
        Carol V. Gilden
        COHEN MILSTEIN
          SELLERS & TOLL PLLC
        190 South LaSalle Street, Suite 1705
        Chicago, IL 60603
        Tel.: (312) 357-0370
        Fax: (312) 357-0369