## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
## Eastern Division

Jason Hughes, et al.

                              Plaintiff,

v.                                                 Case No.: 1:09−cv−04734
                                                                      Honorable Elaine E. Bucklo

Huron Consulting Group, Inc., et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 6, 2011:

      MINUTE entry before Honorable Elaine E. Bucklo: Fairness hearing held on 5/6/11.Plaintiffs' motion for leave to file excess pages [133] is granted. Plaintiffs' motion for approval of final settlement and for attorneys' fees [134] is also granted. Civil case terminated. Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.