UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JASON HUGHES, Individually and on Behalf of all Others Similarly Situated,<br><br>  Plaintiffs,<br><br>v.<br><br>HURON CONSULTING GROUP, INC., et al.,<br><br>  Defendants. | Master File No. 09-CV-4734<br><br>Honorable Elaine E. Bucklo |

## LEAD PLAINTIFFS' MOTION FOR APPROVAL OF DISTRIBUTION PLAN

Lead Plaintiffs the Public School Teachers' Pension & Retirement Fund of Chicago, the Arkansas Public Employees Retirement System, the City of Boston Retirement Board, the Cambridge Retirement System, and the Bristol County Retirement System, through Lead Counsel, submit this motion pursuant to paragraph 13 of the Stipulation of Settlement with Defendants dated January 18, 2011 for an Order approving the Claims Administrator's administrative determinations concerning the acceptance and rejection of claims, approving fees and expenses not previously applied for, and directing payment of the Net Settlement Fund to Authorized Claimants.

This Motion is based upon Lead Plaintiffs' Memorandum of Law in Support of Lead Plaintiffs' Motion for Approval of Distribution Plan, the declaration and exhibits filed in support thereof, all other pleadings and matters of record, and such additional evidence or argument as may be presented at the hearing.

Lead Counsel have conferred with counsel for Defendants who state that Defendants do not oppose this Motion.

Dated: December 21, 2012

Respectfully submitted,

**COHEN MILSTEIN SELLERS
 & TOLL PLLC**

By:  /s/ Carol V. Gilden
Carol V. Gilden
190 South LaSalle Street, Suite 1705
Chicago, Illinois 60603
Tel.: (312) 357-0370
Fax: (312) 357-0369
cgilden@cohenmilstein.com
Attorney ID: 06185530

-and-

Steven J. Toll
Daniel S. Sommers
Joshua M. Kolsky
1100 New York Avenue N.W.
West Tower, Suite 500
Washington, DC 20005-3964
Tel.: (202) 408-4600

| **LABATON SUCHAROW LLP** | **BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP** |
|---|---|
| By:  /s/ Jonathan M. Plasse | By:  /s/ Avi Josefson |
| Jonathan M. Plasse | Steven B. Singer |
| Javier Bleichmar | Jeroen van Kwawegen |
| Nicole Zeiss | 1285 Avenue of the Americas, 38th Floor |
| 140 Broadway | New York, NY 10019 |
| New York, NY 10005 | Tel.: (212) 554-1400 |
| Tel.: (212) 907-0700 | Fax: (212) 554-1444 |
| Fax: (212) 818-0477 | |

-and-

Avi Josefson
2835 N. Sheffield Avenue, Suite 409
Chicago, Illinois 60657
Tel.: (773) 883-5382

*Co-Lead Counsel for the Court-appointed Lead
Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

      I, Carol V. Gilden, hereby certify that on this 21st day of December, 2012, in accordance with Federal Rule of Civil Procedure 5(a) and Northern District of Illinois L.R. 5.5 and 5.9, I caused a copy of the foregoing to be electronically filed with the Clerk of Court and served on all counsel of record through the Northern District of Illinois' CM/ECF system

      /s/   Carol V. Gilden
      Carol V. Gilden
      COHEN MILSTEIN
        SELLERS & TOLL PLLC
      190 South LaSalle Street, Suite 1705
      Chicago, IL 60603
      Tel.: (312) 357-0370
      Fax: (312) 357-0369