# EXHIBIT A

Huron Consulting Group, Inc. Securities Litigation
c/o GCG, Inc.
PO Box 9687
Dublin, OH 43017-4987
1-888-584-7632



**Mailing Date:** October 17, 2011
**Response Due Date:** November 7, 2011
**Claim No:** 458

**Eligible Securities:**
Huron Common Stock

**Class Period:**
April 27, 2006 through and including July 31, 2009

Ref No: 3660074104

# NOTICE OF REJECTION OF PART OF YOUR CLAIM

Dear Claimant:

The Claim Form you submitted in the Huron Consulting Group, Inc. Securities Litigation was processed and is <u>partially</u> rejected pursuant to the terms of the settlement as approved by the Court. The reason(s) for the partial rejection and the part of your claim that is rejected is on the back of this letter.

**PART OF YOUR CLAIM HAS BEEN APPROVED BY THE ADMINISTRATOR AND WILL BE PRESENTED TO THE COURT AT THE APPROPRIATE TIME.**

**NO FURTHER ACTION IS REQUIRED IF YOU AGREE WITH OUR DETERMINATIONS AND/OR DO NOT WISH TO FIX YOUR CLAIM.**

To fix or otherwise complete your claim, please follow the directions on the back of this letter. If you disagree with the determination to reject part of your claim, you may request Court review of the determination. To request Court review, you must send a letter to the following address within twenty (20) days:

Huron Consulting Group, Inc. Securities Litigation
c/o GCG, Inc.
PO Box 9687
Dublin, OH 43017-4987

In order for your claim to be reviewed by the Court, the letter must be mailed within twenty (20) days of the mail date of this letter and it must: (1) specifically state that you "request that the Court review the rejection of your claim", (2) state your argument(s) for why your claim should be accepted, (3) provide any and all supporting documentation for the acceptance of your claim (such as broker confirmations and/or monthly statements), and (4) be signed. Please also include a copy of this letter when requesting Court review of the rejection of your claim. We will review your response and documentation. If your response completes your claim, it will be presented to the Court as a valid and eligible claim. If it does not, your claim and its administrative rejection will be presented to the Court for review.

If you have any questions regarding this letter, please call the Claims Administrator at 1-888-584-7632 for a detailed description of the reasons your Claim Form has been rejected.

Sincerely,

The Claims Administrator
Huron Consulting Group, Inc. Securities Litigation

***THIS IS THE ONLY NOTICE YOU WILL RECEIVE FOR THIS CLAIM***
*IMPORTANT INFORMATION ABOUT YOUR CLAIM AND THE NEXT STEPS YOU MAY TAKE ARE ON THE BACK OF THIS LETTER. IF YOU HAVE ADDITIONAL QUESTIONS, PLEASE CALL US AT 1-888-584-7632.*



Claim No: 458

## YOU MUST INCLUDE THIS LETTER WITH ANY RESPONSE AND YOU MUST REFERENCE YOUR CLAIM NUMBER ON ALL CORRESPONDENCE AND DOCUMENTATION.

_____

### *PROBLEM(S) WITH YOUR CLAIM:*

**PROBLEM WITH YOUR CLAIM:**

**YOUR CLAIM IS MISSING INFORMATION AND/OR APPROPRIATE SUPPORTING DOCUMENTATION FOR CERTAIN TRANSACTIONS.** The specific transactions at issue are listed in the chart below. The part of the chart that is blank indicates where information is missing.

| Transaction | Security | Trade date | Number of Shares | Price Per Share | Net Amount |
|---|---|---|---|---|---|
| Purchases | Common Stock | 10/31/2007 | 420.00 | 69.58 | 29,225.66 |
| Purchases | Common Stock | 11/01/2007 | 410.00 | 68.79 | 28,205.25 |
| Purchases | Common Stock | 11/01/2007 | 665.00 | 68.45 | 45,519.32 |
| Purchases | Common Stock | 11/02/2007 | 205.00 | 68.37 | 14,016.06 |
| Purchases | Common Stock | 11/05/2007 | 150.00 | 66.46 | 9,969.55 |
| Sales | Common Stock | 01/03/2008 | 70.00 | 78.88 | 5,521.42 |
| Sales | Common Stock | 01/03/2008 | 60.00 | 78.85 | 4,731.11 |
| Sales | Common Stock | 01/03/2008 | 205.00 | 78.85 | 16,163.55 |
| Sales | Common Stock | 01/04/2008 | 35.00 | 78.00 | 2,730.00 |
| Sales | Common Stock | 01/11/2008 | 90.00 | 70.00 | 6,300.00 |
| Sales | Common Stock | 01/11/2008 | 30.00 | 70.01 | 2,100.36 |
| Sales | Common Stock | 01/14/2008 | 5.00 | 69.09 | 345.44 |
| Sales | Common Stock | 01/15/2008 | 95.00 | 66.01 | 6,271.42 |
| Sales | Common Stock | 01/16/2008 | 90.00 | 64.99 | 5,848.77 |
| Sales | Common Stock | 02/19/2008 | 160.00 | 61.74 | 9,878.74 |
| Sales | Common Stock | 02/19/2008 | 335.00 | 61.04 | 20,448.00 |
| Sales | Common Stock | 02/20/2008 | 90.00 | 59.14 | 5,322.20 |
| Sales | Common Stock | 02/21/2008 | 285.00 | 55.70 | 15,875.55 |
| Sales | Common Stock | 12/18/2007 | 90.00 | 76.69 | 6,902.35 |
| Sales | Common Stock | 12/18/2007 | 210.00 | 77.08 | 16,186.93 |

**HOW TO FIX YOUR CLAIM:**

If there is a blank space in information about the transaction(s) listed above, you must (1) return this letter, (2) fill in the blank spaces above with the missing information (if there is an "XXX" but no blank space, then that information is not needed), **and** (3) attach appropriate supporting documentation, such as periodic brokerage statements or broker's trade confirmations (handwritten or self-generated information is not acceptable) showing the transaction(s) listed above. If no information for the transaction(s) listed above is missing, then you need only return this letter **along with** appropriate supporting documentation.

Huron Consulting Group, Inc. Securities Litigation
c/o GCG, Inc.
PO Box 9687
Dublin, OH 43017-4987
1-888-584-7632



Mailing Date: October 17, 2011
Response Due Date: November 7, 2011
Claim No: 1000115

**Eligible Securities:**
Huron Common Stock

**Class Period:**
April 27, 2006 through and including July 31, 2009

Ref No: CP R0052 HB

# NOTICE OF REJECTION OF YOUR ENTIRE CLAIM

Dear Claimant:

The Claim Form you submitted in the Huron Consulting Group, Inc. Securities Litigation was processed and rejected in its entirety pursuant to the terms of the settlement as approved by the Court. The reason(s) for the rejection of your entire claim is on the back of this letter.

**NO FURTHER ACTION IS REQUIRED IF YOU AGREE WITH OUR DETERMINATIONS AND/OR DO NOT WISH TO FIX YOUR CLAIM.**

To fix or otherwise complete your claim, please follow the directions on the back of this letter. If you disagree with the determination to reject your claim, you may request Court review of the determination. To request Court review, you must send a letter to the following address within twenty (20) days:

Huron Consulting Group, Inc. Securities Litigation
c/o GCG, Inc.
PO Box 9687
Dublin, OH 43017-4987

In order for your claim to be reviewed by the Court, the letter must be mailed within twenty (20) days of the mail date of this letter and it must: (1) specifically state that you "request that the Court review the rejection of your claim", (2) state your argument(s) for why your claim should be accepted, (3) provide any and all supporting documentation for the acceptance of your claim (such as broker confirmations and/or monthly statements), and (4) be signed. Please also include a copy of this letter when requesting Court review of the rejection of your claim. We will review your response and documentation. If your response completes your claim, it will be presented to the Court as a valid and eligible claim. If it does not, your claim and its administrative rejection will be presented to the Court for review.

If you have any questions regarding this letter, please call the Claims Administrator at 1-888-584-7632 for a detailed description of the reasons your Claim Form has been rejected.

Sincerely,

The Claims Administrator
Huron Consulting Group, Inc. Securities Litigation


***THIS IS THE ONLY NOTICE YOU WILL RECEIVE FOR THIS CLAIM***
*IMPORTANT INFORMATION ABOUT YOUR CLAIM AND THE NEXT STEPS YOU MAY TAKE ARE ON THE BACK OF THIS LETTER. IF YOU HAVE ADDITIONAL QUESTIONS, PLEASE CALL US AT 1-888-584-7632.*

Claim No: 1000115

# YOU MUST INCLUDE THIS LETTER WITH ANY RESPONSE AND YOU MUST REFERENCE YOUR CLAIM NUMBER ON ALL CORRESPONDENCE AND DOCUMENTATION.

_____

### PROBLEM(S) WITH YOUR CLAIM:

**PROBLEM WITH YOUR CLAIM:**

**YOU DID NOT PROVIDE ANY EVIDENCE OF HAVING PURCHASED AN ELIGIBLE SECURITY DURING THE CLASS PERIOD.**

**HOW TO FIX YOUR CLAIM:**

Eligible securities for this litigation include Huron Common Stock. If you purchased an eligible security during the Class Period, you must return this letter along with all necessary information for the eligible purchase, as well as information indicating that it was sold or held until the end of the Class Period. All new transactions must be properly documented. Appropriate supporting documentation includes periodic brokerage statements, or broker's trade confirmations (handwritten or self-generated information is not acceptable) showing all transaction(s) listed on your Claim Form.