# EXHIBIT C

# INVOICE





| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 04/12/2011 | 10589 |
| PERIOD START | THROUGH DATE |
| 01/14/2011 | 03/15/2011 |

Rochelle Feder Hansen, Esq.
John J. Mills, Esq.
Bernstein Litowitz Berger & Grossmann LLP
1285 Avenue of the Americas
New York, NY 10019

Nicole M. Zeiss, Esq.
Labaton Sucharow LLP
140 Broadway
New York, NY   10005

Matthew K. Handley, Esq.
Cohen Milstein Sellers & Toll PLLC
1100 New York Avenue, N.W., Suite 500 West
Washington, DC   20005-3964

| Project Name: Jason Hughes v. Huron Consulting Group, Inc., et al. | | | |
|---|---|---|---|
| Description | Quantity | Rate | Amount |
| **Professional Fees** | | | |
| **Set up Fee** | | | $25,000.00 |
| **Notice Dissemination**<br>Printing of 12 pg. Notice and 10 pg. POC | 63,000 | $0.94 | $59,220.00 |
| Summary Notice Publication<br>*Investor's Business Daily (Tues-Fri.)*<br>*PR Newswire* | | | $5,137.94 |
| **Contact Services**<br>IVR (per minute) | 187.10 | $0.49 | $91.68 |
| CSR/Live Operator including transcriptions of recorded messages (per minute) | 708 | $0.95 | $672.60 |
| Customer Service (working with claimants & institutions) | 143.0 Hrs. | | $13,900.50 |
| **Website Services**<br>Standard set-up & design | | | $3,500.00 |
| On-line claim filing setup & design | | | $3,500.00 |

# INVOICE



| Project Name: Jason Hughes v. Huron Consulting Group, Inc., et al. | | | |
|---|---|---|---|
| Description | Quantity | Rate | Amount |
| | | | |
| Total Fees | | | $111,022.72 |
| Total Project Expenses (See Exhibit A) | | | $39,377.63 |
| | | | |
| Grand Total | | | $150,400.35 |

# EXHIBIT A



| Project Name: Jason Hughes v. Huron Consulting Group, Inc., et al. | |
|---|---|
| Description | Amount |
| **Project Expenses** | |
| For the period: January 14, 2011 through March 15, 2011 | |
| Address Search | $0.59 |
| Broker Fees | $9,606.74 |
| Postage | $28,044.58 |
| FedEx, Messenger & Shipping | $562.82 |
| P. O. Box Rental / Renewal | $1,020.00 |
| Domain Registration | $142.90 |
| **Total** | **$39,377.63** |

**Please Remit To :**

The Garden City Group, Inc.
1985 Marcus Avenue, Suite 200
Lake Success, NY 11042

-Or-

The Garden City Group, Inc.
Operating A/C
Signature Bank
1225 Franklin Avenue
Garden City, NY 11530

ABA # - 026013576
A/C # - 1500237410
Tax ID # - 11-3235454
Swift Code - SIGNUS33

# INVOICE





| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 06/17/2011 | 10921 |
| PERIOD START | THROUGH DATE |
| 03/16/2011 | 05/15/2011 |

Rochelle Feder Hansen, Esq.
John J. Mills, Esq.
Bernstein Litowitz Berger & Grossmann LLP
1285 Avenue of the Americas
New York, NY 10019

Nicole M. Zeiss, Esq.
Labaton Sucharow LLP
140 Broadway
New York, NY   10005

Matthew K. Handley, Esq.
Cohen Milstein Sellers & Toll PLLC
1100 New York Avenue, N.W., Suite 500 West
Washington, DC   20005-3964

| Project Name: Jason Hughes v. Huron Consulting Group, Inc., et al. | | | |
|---|---|---|---|
| Description | Quantity | Rate | Amount |
| **Professional Fees** | | | |
| **Claim Validation**<br>Process Claims | 7,109 | $5.50 | $39,099.50 |
| **Contact Services**<br>IVR (per minute) | 232.40 | $0.49 | $113.88 |
| CSR/Live Operator including transcriptions of recorded messages (per minute) | 1,110 | $0.95 | $1,054.50 |
| Handling of class member communications | 289.1 Hrs. | | $23,866.50 |
| **Total Fees** | | | **$64,134.38** |
| **Total Project Expenses (See Exhibit A)** | | | **$4,508.47** |
| **Subtotal** | | | **$68,642.85** |
| Outstanding Balance Prior Invoice # 10589 | | | $150,400.35 |
| **Grand Total** | | | **$219,043.20** |

# EXHIBIT A



| Project Name: Jason Hughes v. Huron Consulting Group, Inc., et al. | |
|---|---|
| Description | Amount |
| **Project Expenses** | |
| For the period: March 16, 2011 through May 15, 2011 | |
| Address Search | $1.55 |
| Broker Fees | $1,087.90 |
| Postage | $2,149.43 |
| FedEx, Messenger & Shipping | $1,148.02 |
| PACER Charges | $8.24 |
| Copy Charges | $101.00 |
| Telephone Line Charges | $12.33 |
| **Total** | **$4,508.47** |

**Please Remit To :**

The Garden City Group, Inc.
1985 Marcus Avenue, Suite 200
Lake Success, NY 11042

-Or-

The Garden City Group, Inc.
Operating A/C
Signature Bank
1225 Franklin Avenue
Garden City, NY 11530

ABA # - 026013576
A/C # - 1500237410
Tax ID # - 11-3235454
Swift Code - SIGNUS33

# INVOICE



| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 11/28/2011 | 11721 |
| PERIOD START | THROUGH DATE |
| 05/16/2011 | 11/15/2011 |

Rochelle Feder Hansen, Esq.
John J. Mills, Esq.
Bernstein Litowitz Berger & Grossmann LLP
1285 Avenue of the Americas
New York, NY 10019

Nicole M. Zeiss, Esq.
Labaton Sucharow LLP
140 Broadway
New York, NY   10005

Matthew K. Handley, Esq.
Cohen Milstein Sellers & Toll PLLC
1100 New York Avenue, N.W., Suite 500 West
Washington, DC   20005-3964

**Project Name: Jason Hughes v. Huron Consulting Group, Inc., et al.**

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| **Professional Fees** | | | |
| **Claim Validation** | | | |
| Process Claims | 6,366 | $5.50 | $35,013.00 |
| **Contact Services** | | | |
| IVR (per minute) | 409.20 | $0.49 | $200.51 |
| CSR/Live Operator including transcriptions of recorded messages (per minute) | 1,134 | $0.95 | $1,077.30 |
| Handling of class member communications | 398.8 Hrs. | | $36,419.00 |
| | | | |
| **Total Fees** | | | **$72,709.81** |
| **Total Project Expenses (See Exhibit A)** | | | **$1,867.36** |
| **Subtotal** | | | **$74,577.17** |
| Outstanding Balance Prior Invoice #10589 | | | $150,400.35 |
| Outstanding Balance Prior Invoice #10921 | | | $68,642.85 |
| **Grand Total** | | | **$293,620.37** |

# EXHIBIT A



| Project Name: Jason Hughes v. Huron Consulting Group, Inc., et al. | |
|---|---|
| Description | Amount |
| **Project Expenses** | |
| For the period: May 16, 2011 through November 15, 2011 | |
| Address Search | $0.29 |
| Broker Fees | $365.64 |
| Tax Consulting | $70.00 |
| Postage | $1,248.53 |
| FedEx, Messenger & Shipping | $129.66 |
| PACER Charges | $22.72 |
| Copy Charges | $7.00 |
| Telephone Line Charges | $23.52 |
| **Total** | **$1,867.36** |

**Please Remit To :**

The Garden City Group, Inc.
1985 Marcus Avenue, Suite 200
Lake Success, NY 11042

-Or-

The Garden City Group, Inc.
Operating A/C
Signature Bank
1225 Franklin Avenue
Garden City, NY 11530

ABA # - 026013576
A/C # - 1501168234
Tax ID # - 11-3235454
Swift Code - SIGNUS33



# INVOICE



| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 01/11/2012 | 12071 |
| **PERIOD START** | **THROUGH DATE** |
| 11/16/2011 | 12/31/2011 |

Rochelle Feder Hansen, Esq.
John J. Mills, Esq.
Bernstein Litowitz Berger & Grossmann LLP
1285 Avenue of the Americas
New York, NY 10019

Nicole M. Zeiss, Esq.
Labaton Sucharow LLP
140 Broadway
New York, NY   10005

Matthew K. Handley, Esq.
Cohen Milstein Sellers & Toll PLLC
1100 New York Avenue, N.W., Suite 500 West
Washington, DC   20005-3964

| Project Name: Jason Hughes v. Huron Consulting Group, Inc., et al. | | | |
|---|---|---|---|
| Description | Quantity | Rate | Amount |
| **Professional Fees** | | | |
| **Claim Validation**<br>Process Claims | 85 | $5.50 | $467.50 |
| **Contact Services**<br>IVR (per minute) | 57.60 | $0.49 | $28.22 |
| CSR/Live Operator including transcriptions of recorded messages (per minute) | 150 | $0.95 | $142.50 |
| Handling of class member communications | 91.6 Hrs. | | $8,696.00 |
| **Total Fees** | | | **$9,334.22** |
| **Total Project Expenses (See Exhibit A)** | | | **$43.29** |
| **Grand Total** | | | **$9,377.51** |

# EXHIBIT A



| Project Name: Jason Hughes v. Huron Consulting Group, Inc., et al. | |
|---|---|
| Description | Amount |
| **Project Expenses** | |
| For the period: November 16, 2011 through December 31, 2011 | |
| Address Search | $29.33 |
| Postage | $1.22 |
| FedEx, Messenger & Shipping | $4.15 |
| Telephone Line Charges | $8.59 |
| **Total** | **$43.29** |

**Please Remit To :**

The Garden City Group, Inc.
1985 Marcus Avenue, Suite 200
Lake Success, NY 11042

-Or-

The Garden City Group, Inc.
Operating A/C
Signature Bank
1225 Franklin Avenue
Garden City, NY 11530

ABA # - 026013576
A/C # - 1501168234
Tax ID # - 11-3235454
Swift Code - SIGNUS33



# INVOICE



| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 02/29/2012 | 12287 |
| PERIOD START | THROUGH DATE |
| 01/01/2012 | 01/31/2012 |

Rochelle Feder Hansen, Esq.
John J. Mills, Esq.
Bernstein Litowitz Berger & Grossmann LLP
1285 Avenue of the Americas
New York, NY 10019

Nicole M. Zeiss, Esq.
Labaton Sucharow LLP
140 Broadway
New York, NY   10005

Matthew K. Handley, Esq.
Cohen Milstein Sellers & Toll PLLC
1100 New York Avenue, N.W., Suite 500 West
Washington, DC   20005-3964

| Project Name: Jason Hughes v. Huron Consulting Group, Inc., et al. | | | |
|---|---|---|---|
| Description | Quantity | Rate | Amount |
| **Professional Fees** | | | |
| **Claim Validation** | | | |
| Process Claims | 168 | $5.50 | $924.00 |
| **Contact Services** | | | |
| IVR (per minute) | 19.30 | $0.49 | $9.46 |
| CSR/Live Operator including transcriptions of recorded messages (per minute) | 60 | $0.95 | $57.00 |
| Handling of class member communications | 72.4 Hrs. | | $8,071.50 |
| **Conforming Class Member Registration to STA Guidelines** | 13.1 Hrs. | | $1,637.50 |
| **Total Fees** | | | **$10,699.46** |
| **Total Project Expenses (See Exhibit A)** | | | **$2,351.13** |
| **Subtotal** | | | **$13,050.59** |

# INVOICE



| Project Name: Jason Hughes v. Huron Consulting Group, Inc., et al. | | | |
|---|---|---|---|
| Description | Quantity | Rate | Amount |
| Outstanding Balance Prior Invoice# 12071 | | | $9,377.51 |
| **Grand Total** | | | **$22,428.10** |

# EXHIBIT A



| Project Name: Jason Hughes v. Huron Consulting Group, Inc., et al. | |
|---|---|
| Description | Amount |
| **Project Expenses** | |
| For the period: January 01, 2012 through January 31, 2012 | |
| Broker Fees | $1,279.31 |
| P. O. Box Rental / Renewal | $1,070.00 |
| Telephone Line Charges | $1.82 |
| **Total** | **$2,351.13** |

**Please Remit To :**

The Garden City Group, Inc.
1985 Marcus Avenue, Suite 200
Lake Success, NY 11042

-Or-

The Garden City Group, Inc.
Operating A/C
Signature Bank
1225 Franklin Avenue
Garden City, NY 11530

ABA # - 026013576
A/C # - 1501168234
Tax ID # - 11-3235454
Swift Code - SIGNUS33

# INVOICE



| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 04/04/2012 | 12556 |
| PERIOD START | THROUGH DATE |
| 02/01/2012 | 02/29/2012 |

Rochelle Feder Hansen, Esq.
John J. Mills, Esq.
Bernstein Litowitz Berger & Grossmann LLP
1285 Avenue of the Americas
New York, NY   10019

Nicole M. Zeiss, Esq.
Labaton Sucharow LLP
140 Broadway
New York, NY   10005

Matthew K. Handley, Esq.
Cohen Milstein Sellers & Toll PLLC
1100 New York Avenue, N.W., Suite 500 West
Washington, DC   20005-3964

| Project Name: Jason Hughes v. Huron Consulting Group, Inc., et al. | | | |
|---|---|---|---|
| Description | Quantity | Rate | Amount |
| **Professional Fees** | | | |
| **Claim Validation**<br>Process Claims | 36 | $5.50 | $198.00 |
| **Contact Services**<br>Handling of class member communications | 33.9 Hrs. | | $3,480.50 |
| **Conforming Class Member Registration to STA Guidelines** | 26.1 Hrs. | | $3,262.50 |
| **Total Fees** | | | **$6,941.00** |
| **Subtotal** | | | **$6,941.00** |
| Outstanding Balance Prior Invoice# 12071 | | | $9,377.51 |
| Outstanding Balance Prior Invoice# 12287 | | | $13,050.59 |
| **Grand Total** | | | **$29,369.10** |

**Please Remit To :**

The Garden City Group, Inc.
1985 Marcus Avenue, Suite 200
Lake Success, NY 11042

-Or-

The Garden City Group, Inc.
Operating A/C
Signature Bank
1225 Franklin Avenue
Garden City, NY 11530

ABA # - 026013576
A/C # - 1501168234
Tax ID # - 11-3235454
Swift Code - SIGNUS33

# INVOICE



| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 07/25/2012 | 13140 |
| PERIOD START | THROUGH DATE |
| 03/01/2012 | 06/30/2012 |

Rochelle Feder Hansen, Esq.
John J. Mills, Esq.
Bernstein Litowitz Berger & Grossmann LLP
1285 Avenue of the Americas
New York, NY 10019

Nicole M. Zeiss, Esq.
Labaton Sucharow LLP
140 Broadway
New York, NY   10005

Joshua Kolsky, Esq.
Cohen Milstein Sellers & Toll PLLC
1100 New York Avenue, N.W., Suite 500 West
Washington, DC   20005-3964

| Project Name: Jason Hughes v. Huron Consulting Group, Inc., et al. | | | |
|---|---|---|---|
| Description | Quantity | Rate | Amount |
| **Professional Fees** | | | |
| **Claim Validation** Process Claims | 361 | $5.50 | $1,985.50 |
| **Contact Services** IVR (per minute) | 106.90 | $0.49 | $52.38 |
| CSR/Live Operator including transcriptions of recorded messages (per minute) | 414 | $0.95 | $393.30 |
| Handling of class member communications | 141.0 Hrs. | | $15,180.00 |
| **Conforming Class Member Registration to STA Guidelines** | 41.6 Hrs. | | $5,251.00 |
| **Total Fees** | | | **$22,862.18** |
| **Total Project Expenses (See Exhibit A)** | | | **$61.14** |
| **Subtotal** | | | **$22,923.32** |

# INVOICE



| Project Name: Jason Hughes v. Huron Consulting Group, Inc., et al. | | | |
|---|---|---|---|
| Description | Quantity | Rate | Amount |
| Outstanding Balance Prior Invoice #12071 | | | $9,377.51 |
| Outstanding Balance Prior Invoice #12287 | | | $13,050.59 |
| Outstanding Balance Prior Invoice #12556 | | | $6,941.00 |
| **Grand Total** | | | **$52,292.42** |

# EXHIBIT A



| Project Name: Jason Hughes v. Huron Consulting Group, Inc., et al. | |
|---|---|
| Description | Amount |
| **Project Expenses** | |
| For the period: March 01, 2012 through June 30, 2012 | |
| Postage | $3.79 |
| FedEx, Messenger & Shipping | $4.81 |
| Telephone Line Charges | $7.62 |
| Overtime Expenses | $44.92 |
| **Total** | **$61.14** |

**Please Remit To :**

The Garden City Group, Inc.
1985 Marcus Avenue, Suite 200
Lake Success, NY 11042

-Or-

The Garden City Group, Inc.
Operating A/C
Signature Bank
1225 Franklin Avenue
Garden City, NY 11530

ABA # - 026013576
A/C # - 1501168781
Tax ID # - 11-3235454
Swift Code - SIGNUS33



# INVOICE



| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 08/16/2012 | 13232 |
| PERIOD START | THROUGH DATE |
| 07/01/2012 | 07/31/2012 |

Rochelle Feder Hansen, Esq.
John J. Mills, Esq.
Bernstein Litowitz Berger & Grossmann LLP
1285 Avenue of the Americas
New York NY 10019

Nicole M. Zeiss, Esq.
Labaton Sucharow LLP
140 Broadway
New York, NY   10005

Joshua Kolsky, Esq.
Cohen Milstein Sellers & Toll PLLC
1100 New York Avenue, N.W., Suite 500 West
Washington, DC   20005-3964

| Project Name: Jason Hughes v. Huron Consulting Group, Inc., et al. | | | |
|---|---|---|---|
| Description | Quantity | Rate | Amount |
| **Professional Fees** | | | |
| **Claim Validation** | | | |
| Process Claims | 11 | $5.50 | $60.50 |
| **Contact Services** | | | |
| IVR (per minute) | 10.50 | $0.49 | $5.15 |
| CSR/Live Operator including transcriptions of recorded messages (per minute) | 6 | $0.95 | $5.70 |
| Handling of class member communications | 22.7 Hrs. | | $1,956.50 |
| **Total Fees** | | | **$2,027.85** |
| **Project Expense Total (See Exhibit A)** | | | **$11.88** |
| **Total** | | | **$2,039.73** |
| Outstanding Balance Prior Invoice #12071 | | | $9,377.51 |
| Outstanding Balance Prior Invoice #12287 | | | $13,050.59 |
| Outstanding Balance Prior Invoice #12556 | | | $6,941.00 |
| Outstanding Balance Prior Invoice #13140 | | | $22,923.32 |
| **Grand Total** | | | **$54,332.15** |

# EXHIBIT A



| Project Name: Jason Hughes v. Huron Consulting Group, Inc., et al. | |
|---|---|
| Description | Amount |
| **Project Expenses** | |
| For the period: July 01, 2012 through July 31, 2012 | |
| Postage | $4.50 |
| FedEx, Messenger & Shipping | $2.56 |
| PACER Charges | $4.80 |
| Telephone Line Charges | $0.02 |
| **Total** | **$11.88** |

| Please Remit To : |
|---|

| The Garden City Group, Inc.<br>1985 Marcus Avenue, Suite 200<br>Lake Success, NY 11042 | -Or- | The Garden City Group, Inc.<br>Operating A/C<br>Signature Bank<br>1225 Franklin Avenue<br>Garden City, NY 11530<br><br>ABA # - 026013576<br>A/C # - 1501168781<br>Tax ID # - 11-3235454<br>Swift Code - SIGNUS33 |

# INVOICE



| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 12/13/2012 | 13827 |
| PERIOD START | THROUGH DATE |
| 08/01/2012 | 11/15/2012 |

Rochelle Feder Hansen, Esq.
John J. Mills, Esq.
Bernstein Litowitz Berger & Grossmann LLP
1285 Avenue of the Americas
New York NY 10019

Nicole M. Zeiss, Esq.
Labaton Sucharow LLP
140 Broadway
New York, NY   10005

Joshua Kolsky, Esq.
Cohen Milstein Sellers & Toll PLLC
1100 New York Avenue, N.W., Suite 500 West
Washington, DC   20005-3964

| Project Name: Jason Hughes v. Huron Consulting Group, Inc., et al. | | | |
|---|---|---|---|
| Description | Quantity | Rate | Amount |
| **Fees** | | | |
| **Claim Validation** | | | |
| Process Claims | 226 | $5.50 | $1,243.00 |
| **Contact Services** | | | |
| IVR (per minute) | 42.50 | $0.49 | $20.83 |
| CSR/Live Operator including transcriptions of recorded messages (per minute) | 168 | $0.95 | $159.60 |
| Handling of class member communications | 32.3 Hrs. | | $3,201.50 |
| Conforming Class Member Registration to STA Guidelines | 12.4 Hrs. | | $1,550.00 |
| **Total Fees** | | | **$6,174.93** |
| **Estimate for Initial Distribution (See Exhibit B)** | | | **$38,595.25** |
| **Subtotal** | | | **$44,770.18** |

# INVOICE



| Project Name: Jason Hughes v. Huron Consulting Group, Inc., et al. | | | |
|---|---|---|---|
| Description | Quantity | Rate | Amount |
| **Fees Continued** | | | |
| | | | |
| Outstanding Balance Prior Invoice #12071 | | | $8,540.01 |
| Outstanding Balance Prior Invoice #12287 | | | $13,050.59 |
| Outstanding Balance Prior Invoice #12556 | | | $6,941.00 |
| Outstanding Balance Prior Invoice #13140 | | | $22,923.32 |
| Outstanding Balance Prior Invoice #13232 | | | $2,039.73 |
| | | | |
| **Grand Total** | | | **$98,264.83** |



**Please Remit To :**

The Garden City Group, Inc.
1985 Marcus Avenue, Suite 200
Lake Success, NY 11042

-Or-

The Garden City Group, Inc.
Operating A/C
Signature Bank
1225 Franklin Avenue
Garden City, NY 11530

ABA # - 026013576
A/C # - 1501168781
Tax ID # - 11-3235454
Swift Code - SIGNUS33



# EXHIBIT B

**JASON HUGHES V. HURON CONSULTING GROUP, INC., ET AL.**
**ESTIMATE OF FEES AND EXPENSES FOR INITIAL DISTRIBUTION**
**AS OF NOVEMBER 16, 2012**

| | | |
|---|---|---:|
| **I.** | **Check Distribution- Fees** | |
| | Check Processing and Printing   3,300 @ $1.25 | $4,125.00 |
| | Distribute Common Stock (Est. 100 hours @ $125/hour) | $12,500.00 |
| | *Subtotal of Check Distribution Fees* | $16,625.00 |
| | **Check Distribution- Expenses** | |
| | Postage | $1,485.00 |
| | *Subtotal of Check Distribution Expenses* | $1,485.00 |
| | *Subtotal of Check Distribution Fees & Expenses* | **$18,110.00** |
| | | |
| **II.** | **Post-Distribution Work- Fees (Assumes 12 months)** | |
| | In-bound Claimant Correspondence | |
| | ~IVR Minutes 1,250 minutes @ $0.49 per minute | $612.50 |
| | ~Live Operator Minutes 5,500 @ $0.95 per minute | $5,225.00 |
| | ~Handle escalated incoming calls, emails & written correspondence (Standard Hourly Rates) | $6,250.00 |
| | Additional Time for Distribution of Common Stock | $6,500.00 |
| | *Subtotal of Post-Distribution Work Fees* | $18,587.50 |
| | **Post-Distribution Work- Expenses** | |
| | Postage | $74.25 |
| | FedEx, Copies, Line Charges | $300.00 |
| | *Subtotal of Post-Distribution Work Expenses* | $374.25 |
| | *Subtotal of Post-Distribution Work Fees & Expenses* | **$18,961.75** |
| | | |
| **III.** | **Ancillary Services- Fees** | |
| | OFAC Search Charge | $350.00 |
| | *Subtotal of Ancillary Fees* | $350.00 |
| | **Ancillary Services- Expenses** | |
| | P.O. Box renewal, 1 year | $1,070.00 |
| | Disposal of files | $103.50 |
| | *Subtotal of Ancillary Expenses* | $1,173.50 |
| | *Subtotal of Ancillary Fees & Expenses* | **$1,523.50** |
| | **GRAND TOTAL FEES AND EXPENSES:** | **$38,595.25** |