# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| JASON HUGHES, Individually and on Behalf of all Others Similarly Situated, | Master File No. 09-CV-4734 |
| Plaintiffs, | Honorable Elaine E. Bucklo |
| v. | |
| HURON CONSULTING GROUP, INC., et al., | |
| Defendants. | |

## <u>NOTICE OF MOTION</u>

To:     All Counsel of Record

PLEASE TAKE NOTICE that on January 3, 2013 at 9:30 a.m. counsel for Lead Plaintiffs the Public School Teachers' Pension & Retirement Fund of Chicago, the Arkansas Public Employees Retirement System, the City of Boston Retirement Board, the Cambridge Retirement System, and the Bristol County Retirement System will appear and present to the Honorable Elaine E. Bucklo in Courtroom No. 1441 at 219 S. Dearborn Street, Chicago, Illinois 60604, Lead Plaintiffs' Motion for Approval of Distribution Plan, and the memorandum, declaration, and exhibits in support thereof, copies of which are hereby served upon you.

Dated:  December 21, 2012

Respectfully submitted,

**COHEN MILSTEIN SELLERS**
  **& TOLL PLLC**

By:  ___/s/ Carol V. Gilden_____
Carol V. Gilden
190 South LaSalle Street, Suite 1705
Chicago, Illinois 60603
Tel.: (312) 357-0370
Fax:  (312) 357-0369
cgilden@cohenmilstein.com
Attorney ID: 06185530

-and-

Steven J. Toll
Daniel S. Sommers
Joshua M. Kolsky
1100 New York Avenue N.W.
West Tower, Suite 500
Washington, DC 20005-3964
Tel.: (202) 408-4600

**LABATON SUCHAROW LLP**

By:  ___/s/ Jonathan M. Plasse_____
Jonathan M. Plasse
Javier Bleichmar
Nicole Zeiss
140 Broadway
New York, NY 10005
Tel.:  (212) 907-0700
Fax:  (212) 818-0477

**BERNSTEIN LITOWITZ BERGER**
  **& GROSSMANN LLP**

By:  ___/s/ Avi Josefson_____
Steven B. Singer
Jeroen van Kwawegen
1285 Avenue of the Americas, 38th Floor
New York, NY 10019
Tel.: (212) 554-1400
Fax: (212) 554-1444

-and-

Avi Josefson
2835 N. Sheffield Avenue, Suite 409
Chicago, Illinois 60657
Tel.: (773) 883-5382

***Co-Lead Counsel for the Court-appointed Lead***
***Plaintiffs and the Class***

2

## <u>CERTIFICATE OF SERVICE</u>

I, Carol V. Gilden, hereby certify that on this 21st day of December, 2012, in accordance with Federal Rule of Civil Procedure 5(a) and Northern District of Illinois L.R. 5.5 and 5.9, I caused a copy of the foregoing to be electronically filed with the Clerk of Court and served on all counsel of record through the Northern District of Illinois' CM/ECF system

/s/   Carol V. Gilden
Carol V. Gilden
COHEN  MILSTEIN
  SELLERS & TOLL PLLC
190 South LaSalle Street, Suite 1705
Chicago, IL 60603
Tel.:  (312) 357- 0370
Fax:  (312) 357- 0369